**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STARSKY WAYNE MURRAY | ) | CASE NO. 25-10854 |
| KAREN BAKER MURRAY | ) | |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Matthew Dezearn, certify that service of the Plan was made on April 9, 2026, by:

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Capital One Auto Finance, a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
Attn: Officer
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Certified Mail Service on an Insured Depository Institution: By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below.

Capital One, National Association
Attn: Officer
1680 Capital One Drive
McLean, VA 22102

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   4/9/2026                                     Signature: /s/ Matthew Dezearn